UNITED STATES of America,
Plaintiff—Appellee,

v.

Helen M. SMITH, Defendant—
Appellant.

No. 04–30171.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted July 12, 2005.

Submission Vacated July 18, 2005.

Resubmitted Sept. 2, 2005.

Sept. 2, 2005.

Alan Hechtkopf, Attorney, Karen M. Queshel, U.S. Department of Justice, Washington, DC, for Plaintiff–Appellee.

Joe P. Josephson, Esq., Josephson and Associates, Anchorage, AK, for Defendant–Appellant.

Before: GOODWIN, BRUNETTI, and W. FLETCHER, Circuit Judges.

ORDER AND MEMORANDUM *

The above captioned case is re-submitted.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Helen Smith has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Smith did not file a pro se supplemental brief.

* This disposition is not appropriate for publication and may not be cited to or by the courts

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Accordingly, counsel's motion to withdraw is GRANTED, and Smith's convictions and sentence are AFFIRMED.

of this circuit except as provided by Ninth Circuit Rule 36–3.